# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MORALES,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:19-cv-0552 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF 45 DAYS AND DIRECTING THE COMMISSIONER TO FILE A RESPONSE NO LATER THAN FEBRUARY 10, 2020<br><br>(Doc. 14) |

        Joshua Morales seeks judicial review of the administrative decision denying his application for Social Security benefits and filed his opening brief in the action on November 25, 2019. (Doc. 13) Pursuant to the terms of the Scheduling Order, the Commissioner's responsive brief will be due December 25, 2019. (*See* Doc. 5-1 at 2) On December 16, 2019, the Commissioner filed a stipulation of the parties for an extension of 45 days to respond to the opening brief. (Doc. 14)

        Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties, which has not yet been used by the parties. (Doc. 5-1 at 3) However, beyond the request for thirty days, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (*Id.* at 3) Accordingly, the Court construes the stipulation of the parties to be a motion by the Commissioner for modification of the scheduling order. The Commissioner asserts the extension is necessary because counsel has upcoming leave, and counsel reports that the date Plaintiff filed his opening brief, counsel "worked on approximately 18 district court cases, as well as

1

two Ninth Circuit appeals." (Doc. 14 at 2) The Commissioner contends the "[a]dditional time is required to review the record, to evaluate the numerous issues raised in Plaintiff's brief, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion." (*Id.*) Plaintiff does not oppose the request, and it does not appear Plaintiff would suffer prejudice for the delay. Accordingly, the Court **ORDERS**:

1. The request for an extension of 45 days (Doc. 14) is **GRANTED**; and
2. The Commissioner **SHALL** file a response to the opening brief no later than **February 10, 2020**; and
3. The Commissioner is advised no further extensions of time will be granted without the filing of a motion supported by exceptionally good cause.

IT IS SO ORDERED.

Dated: **December 16, 2019**           /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE