# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MORALES, | Case No.: 1:19-cv-0552 - JLT |
| Plaintiff, | ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF ESARN SEE AND AGAINST DEFENDANT, ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |
| Defendant. | |

On January 23, 2020, Joshua Morales and Andrew Saul, Commissioner of Social Security stipulated to a voluntary remand of Plaintiff's Social Security appeal, pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 16 at 1) The parties also stipulate that judgment shall be entered in favor of Plaintiff. (*Id.*) Thus, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Joshua Morales and against Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **February 7, 2020**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE