# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MORALES, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:19-cv-0552 - JLT <br><br> ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT <br><br> (Doc. 19) |

Joshua Morales and Andrew Saul, Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 19) Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $4,850.00 are **AWARDED** to Joshua Morales.

IT IS SO ORDERED.

Dated: **April 8, 2020**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE